UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. WOODFILL,<br><br>　　　　Defendant. | No.  2:19-cv-2118 MCE KJN P<br><br><br>ORDER |

　　Plaintiff filed a motion for extension of time to respond to the June 16, 2020 order.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

　　2. Plaintiff is granted thirty days from the date of this order in which to comply with the June 16, 2020 order.

Dated:  July 22, 2020

/ruiz2118.36

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE