IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO MAY RUIZ,** | Case No. 2:19-cv-2118 MCE KJN P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **D. WOODFILL,** | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. On January 28, 2020, defendant D. Woodfill requested an extension of time to file a responsive pleading until after his motion to revoke plaintiff's in forma pauperis status is addressed. Good cause appearing, the request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant D. Woodfill's request, construed as a motion (ECF No. 43), is granted; and

////

////

2. Defendant D. Woodfill's responsive pleading shall be filed and served within twenty-one (21) days from the date of entry of the order resolving defendant's motion to revoke plaintiff's in forma pauperis status (ECF No. 40).

Dated: January 31, 2021

/ruiz2118.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE