1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ROGELIO MAY RUIZ,                        No.  2:19-cv-2118 MCE KJN P

12              Plaintiff,

13         v.                                  ORDER

14    D. WOODFILL,

15              Defendant.

16

17        On January 14, 2021, defendant filed a motion to revoke plaintiff's in forma pauperis

18    status and request for interim stay of this action.  Plaintiff has not opposed the motion.[1]

19        Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20    opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21    the granting of the motion . . . ."  Id.

22        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for

23    imposition of any and all sanctions authorized by statute or Rule or within the inherent power of

24    the Court."  Id.  Plaintiff is advised that failure to comply with the Local Rules may result in a

25    recommendation that the action be dismissed.

26    ////

27    _____

28    [1] On January 29, 2021, plaintiff filed a state of California form entitled "Request to Waive Court
      Fees."  (ECF No 44.)  However, this form does not address defendant's motion.

                                              1

1      Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

2              **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or
       to comply with these rules or a court order, a defendant may move
3              to dismiss the action or any claim against it.  Unless the dismissal
       order states otherwise, a dismissal under this subdivision (b) and
4              any  dismissal  not  under  this  rule--except  one  for  lack  of
       jurisdiction, improper venue, or failure to join a party under Rule
5              19--operates as an adjudication on the merits.

6      <u>Id.</u>

7      Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date

8      of this order, plaintiff shall file an opposition, if any, to the motion to revoke plaintiff's in forma

9      pauperis status and for interim stay.  Failure to file an opposition may result in a recommendation

10     that defendant's motion be granted.  Failure to file an opposition may also be deemed as consent

11     to have the:  (a) action dismissed for lack of prosecution; and (b) action dismissed based on

12     plaintiff's failure to comply with these rules and a court order.  Such failure shall result in a

13     recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

14     Dated:  February 4, 2021

15

16                                                      KENDALL J. NEWMAN
17     //cw/ruiz2118.noop                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28