UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:19-cv-2118 MCE KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| D. WOODFILL, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On May 5, 2021, it appears that plaintiff is attempting to renew his request that the court appoint counsel. However, plaintiff's filing is written entirely in Spanish. (ECF No. 54.) Plaintiff was previously advised that all documents submitted for filing in this action must be written in English. To the extent plaintiff seeks appointment of counsel or an interpreter, plaintiff's request is denied for the reasons set forth in the court's April 23, 2021 order. (ECF No. 52.) In all other respects, plaintiff's filing is disregarded because it is not written in English.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 54) is denied without prejudice.

Dated: June 4, 2021

ruiz2118.31(3)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE