1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROGELIO MAY RUIZ, | No. 2:19-cv-02118 MCE KJN P |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| D. WOODFILL, | |
| Defendant. | |

Plaintiff, a state prisoner, proceeds pro se with this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 30, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. After being granted an extension of time, plaintiff filed objections to the findings and recommendations. Defendant did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Plaintiff also requested the appointment of counsel. However, in light of the above, the undersigned declines to appoint counsel at this time.

Accordingly, IT IS HEREBY ORDERED that:

1. The June 30, 2021 findings and recommendations (ECF No. 57) are **ADOPTED** in full;

2. Defendant's motion to revoke Plaintiff's in forma pauperis status (ECF No. 40) is **GRANTED**;

3. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is **DENIED**;

4. Plaintiff is **ORDERED** to pay the $402.00 filing fee within thirty days from the date of this order; and

5. Plaintiff's motion for appointment of counsel (ECF No. 62) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated:  September 13, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE