UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. WOODFILL,<br><br>　　　　　Defendant. | No.  2:19-cv-2118 MCE KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, proceeds pro se with this civil rights action seeking relief under 42 U.S.C. § 1983. On September 14, 2021, the Court revoked Plaintiff's in forma pauperis status and ordered plaintiff to pay the $402.00 filing fee within thirty days. On November 5, 2021, defendant filed a request for involuntary dismissal of plaintiff's complaint with prejudice in light of plaintiff's failure to comply with the Court's order.  Indeed, thirty days have passed, and plaintiff has not paid the filing fee.

　　　　Rather, on September 27, 2021, plaintiff filed a motion, primarily written in Spanish, in which he appears to again seek appointment of an interpreter. Plaintiff was previously informed that the Court lacks authority to appoint an interpreter. (ECF Nos. 49, 63.) In addition, plaintiff has been informed that all court filings must be submitted in English. (ECF No. 49.)

　　　　Plaintiff also appears to request the appointment of counsel. However, in light of the above, the undersigned declines to appoint counsel at this time.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request (ECF No. 66) is granted.

2. This action is dismissed with prejudice. Fed. R. Civ. P. 41(b).

3. Plaintiff's motion (ECF No. 65) is denied.

IT IS SO ORDERED.

Dated: November 23, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE